UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:14-cr-116-FtM-38CM

ANTHONY DEON SATCHEL

### ORDER[1]

Before the Court is pro se Defendant Anthony Deon Satchel's motions requesting compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. 57) and appointment of counsel (Doc. 58). Because Defendant signed neither motion, the Court strikes them for not following the rules of procedure. *See* Fed. R. Crim. P. 49(b)(4) ("Every written motion and other paper must be signed by at least one attorney of record in the attorney's name—or by a person filing a paper if the person is not represented by an attorney."); M.D. Fla. R. 1.05(d) ("All pleadings, motions, briefs, applications and other papers tendered by counsel for filing shall be signed personally by counsel[.]").

Accordingly, it is **ORDERED:**

The Clerk is **DIRECTED** to strike Defendant Anthony Deon Satchel's motions requesting compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. 57) and appointment of counsel (Doc. 58) and return both to him.

**DONE AND ORDERED** in Fort Myers, Florida on this 24th day of August 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Parties of Record

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products.